UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HENRY CURRY,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>Defendants. | No. 2:18-cv-2513 KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. This action proceeds on plaintiff's claims that defendants were deliberately indifferent to plaintiff's serious needs by refusing to provide an extra mattress and failing to provide adequate pain medication. On December 6, 2019, plaintiff filed a letter stating that he has not received anything from the court since the July 25, 2019 discovery and scheduling order. (ECF No. 22.) In response to the order, plaintiff wrote to his doctors and requested their attendance at trial, noting his willingness to pay witness fees and expenses, but has heard nothing back from them. Plaintiff also signed affidavits to obtain his medical records. Plaintiff asks for subpoena forms to send to the U.S. Marshals to ensure the doctors' attendance at trial.

Plaintiff is advised that his request is premature. As the court explained in its discovery and scheduling order, a subpoena for the attendance of his doctors may be prepared and submitted

1

to the United States Marshal no earlier than four weeks and not later than two weeks before trial. (ECF No. 18 at 4.) At that time, plaintiff must also tender the witness fees and travel expenses to the U.S. Marshal for service with the subpoena forms. (Id.) Because a trial date has not yet been scheduled, plaintiff's request for subpoena forms is premature and is denied.

It appears that plaintiff did not receive the court's August 22, 2019 order. While the record does not reflect that the order was returned, as a courtesy, the court will provide plaintiff with another copy of the order.

Accordingly, for all of the above reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's request (ECF No. 22) is denied without prejudice; and

2. The Clerk of the Court is directed to serve plaintiff a copy of the August 22, 2019 order (ECF No. 20) along with the instant order.

Dated: December 16, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/curr2513.den